## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Richard Wagner, | : | |
| | : | Case No. 2:23-cv-02650 |
| Plaintiff, | : | |
| | : | Judge Morrison |
| v. | : | |
| | : | Magistrate Jolson |
| Mattis Properties, LLC, *et al*, | : | |
| | : | |
| Defendant. | : | |

---

## STIPULATION OF DISMISSAL

---

Pursuant to Fed R. Civ. P. 41(a)(2), the parties stipulate that this case may be dismissed with prejudice with each party to bear its own attorneys' fees, costs, and expenses.  The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of any agreement between the parties.

Respectfully submitted,

Date: December 5, 2023

/s/ *George L. Stevens*
George L. Stevens (Ohio Bar No. 0092609)
Vorys, Sater, Seymour and Pease, LLP
52 E. Gay St.
Columbus, Ohio 43215
(614) 464-6328
glstevens@vorys.com
*Attorney for Defendant Mattis Properties,
LLC*

/s/ *Owen B. Dunn, Jr.*
Owen B. Dunn, Jr. (Ohio Bar No. 0074743)
Law Offices of Owen Dunn, Jr.
The Offices of Unit C
6800 W. Central Ave., Suite C-1
Toledo, Ohio 43618
(419) 241-9661
dunnlawoffice@sbcglobal.net
*Attorney for Plaintiff*

/ s / Catherine F. Burgett
Catherine F. Burgett (0082700)
Steven M. Tolbert, Jr. (0096834)
**FROST BROWN TODD LLP**
10 W. Broad Street, Suite 2300
Columbus, OH  43215-3484
Telephone: (614) 464-1211

Fax: (614) 464-1737
cburgett@fbtlaw.com
stolbert@fbtlaw.com
Attorneys for Defendant United Dairy Farmers, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Ohio using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Owen B. Dunn, Jr.*
Owen B. Dunn, jr.